FILED
CLERK, U.S. DISTRICT COURT

MAY 17 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: ED CR 11-12-VAP |
| Plaintiff, | ORDER OF DETENTION |
| v. | (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| ANTONIO PADILLA, JR. | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _CONTRA_ District of _CALIFORNIA_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.    (✓    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

•  NO IDENTIFIED BAIL RESOURCES

•  PREVIOUS SUPERVISED RELEASE ALLEGATION

•  ALLEGATION OF ABSCONDING/FAILURE TO REPORT.

1

1  and/or

2  B.    ( )    The defendant has not met his/her burden of establishing by clear and

3         convincing evidence that he/she is not likely to pose a danger to the

4         safety of any other person or the community if released under 18

5         U.S.C. § 3142(b) or (c).  This finding is based on the following:

6         _____

7         _____

8         _____

9         _____

10

11

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further

13  revocation proceedings.

14

15  Dated: 5/17/13

16                                          HONORABLE DAVID T. BRISTOW
                                            United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2